David H. Waters, CASB 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

---

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666

Attorneys for Federal Deposit Insurance Corporation as Receiver
for IndyMac Federal Bank, FSB

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, a Limited Liability Company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10,<br><br>Defendants. | No.  C-11-02356-HRL<br><br>**CERTIFICATE OF SERVICE** |

*Eden Garden LLC v. IndyMac Venture, LLC, et al.*
United States District Court – Northern District of California, San Jose Division
Action No: C-11-02356-HRL

CERTIFICATE OF SERVICE

I, Gail D. Richardson, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1100, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On May 13, 2011, I served the following document(s), addressed as set forth in the following manner:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
2. STANDING ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES;
3. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
4. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
5. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;
6. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AND
7. STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

W. Kenneth Howard, Esq.
Attorney at Law
116 East Campbell Avenue, #7
Campbell, CA 95008
Tel: (408) 379-1904
Fax: (408) 379-1902
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2011.

_____
Gail D. Richardson