David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for the Federal Deposit Insurance Corporation
as Receiver for Defendant IndyMac Federal Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC a Limited Liability Company, FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. CV-11-02356 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

///

///

///

1
2 | this case to a United States District Judge
3 | DATED: June 3, 2011

BURNHAM BROWN

By: _____
DAVID H. WATERS
JACK W. SCHWARTZ JR.
Attorneys for Federal Deposit Insurance Corporation as Receiver for Defendant INDYMAC FEDERAL BANK, FSB

1081033

2

Declination To Proceed Before A Magistrate Judge And Request For Reassignment To a United States District Judge.                           No. CV 11-02356 HRL

*Eden Garden LLC v. IndyMac Venture, LLC, et al.*
United States District Court – Northern District of California, San Jose Division
Action No: C-11-02356-HRL

CERTIFICATE OF SERVICE

I, Gail D. Richardson, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1100, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On June 3, 2011, I served the following document(s), addressed as set forth in the following manner:

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

W. Kenneth Howard, Esq.
Attorney at Law
116 East Campbell Avenue, #7
Campbell, CA 95008
Tel: (408) 379-1904
Fax: (408) 379-1902
Attorneys for Plaintiffs

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 3, 2011.

_____
Gail D. Richardson

---

CERTIFICATE OF SERVICE — 1 — NO. CV-11-02356-HRL