UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Eden Garden, LLC, a California limited liability company, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>IndyMac Venture, LLC, et. al.,<br><br>Defendants. | No. C11-02356<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 2, 2011 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: June 6, 2011

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

David Henry Waters     dwaters@burnhambrown.com, dwatson@burnhambrown.com

Jack William Schwartz , Jr     jschwartz@burnhambrown.com, grichardson@burnhambrown.com

W. Kenneth Howard
W. Kenneth Howard Law Offices
116 East Campbell Avenue, #7
Campbell, CA 95008