A. KRISTINE FLOYD (BAR NO. 155930)
NICHOLAS S. SHANTAR (BAR NO. 228980)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: kfloyd@allenmatkins.com
        nshantar@allenmatkins.com

Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company;, <br><br> Plaintiffs, <br><br> vs. <br><br> INDY MAC VENTURE, LLC, a limited liability company, FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB and Does 1 through 10, <br><br> Defendants. | Case No. CV11-02356-HRL <br><br> **DEFENDANT INDYMAC VENTURE, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| INDYMAC VENTURE, LLC, a limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company, <br><br> Counterdefendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

929029.01/OC

DEFENDANT INDYMAC VENTURE, LLC'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connection/ Interest |
|---|---|
| Indymac Venture, LLC | Defendant herein; privately held limited liability company |
| OneWest Ventures Holdings LLC | Parent of Indymac Venture, LLC; privately held limited liability company |
| OneWest Bank, FSB | Parent of OneWest Ventures Holdings LLC; federal savings bank and a loan servicer for Indymac Venture, LLC |
| IMV 7 CA LLC | Current owner of the real property described in the Complaint and described as "Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19, as shown upon that certain map entitled "Tract No. 9484" and filed June 16, 2005 in Book 787 of Maps, at Page 42, in the County of Santa Clara, State of California, APN's: 455-52-036 through 053" |

Dated: June 8, 2011

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
A. KRISTINE FLOYD
NICHOLAS S. SHANTAR

By:    */s/A. Kristine Floyd*
   A. KRISTINE FLOYD
   Attorneys for Defendant and Counterclaimant
   INDYMAC VENTURE, LLC

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

929029.01/OC

DEFENDANT INDYMAC VENTURE, LLC'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 8, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to A. Kristine Floyd to file the following document:

**DEFENDANT INDYMAC VENTURE, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

Notice has been given via First Class U.S. Mail to:

>W. Kenneth Howard, Esq.
>Attorney At Law
>116 East Campbell Avenue, Suite 7
>Campbell, California 95008
>Phone: (408) 379-1904
>Fax: (408) 379-1902

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2011, at Irvine, California.

By: _/s/A. Kristine Floyd_
A. KRISTINE FLOYD

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**
929029.01/OC

DEFENDANT INDYMAC VENTURE, LLC'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS
-2-