| | |
|---|---|
| 1 | A. KRISTINE FLOYD (BAR NO. 155930) |
| | NICHOLAS S. SHANTAR (BAR NO. 228980) |
| 2 | ALLEN MATKINS LECK GAMBLE |
| |   MALLORY & NATSIS LLP |
| 3 | 1900 Main Street, Fifth Floor |
| | Irvine, California 92614-7321 |
| 4 | Phone: (949) 553-1313 |
| | Fax: (949) 553-8354 |
| 5 | E-Mail: kfloyd@allenmatkins.com |
| |        nshantar@allenmatkins.com |

Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company, <br><br>    Plaintiffs, <br><br>    v. <br><br>INDYMAC VENTURE, LLC, a limited liability company, FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10, <br><br>    Defendants. | Case No. CV11-02356-HRL <br><br>**DISCLOSURE STATEMENT (FED. R. CIV. PROC. 7.1)** <br><br>Complaint Filed: May 13, 2011 |
| INDYMAC VENTURE, LLC, a limited liability company, <br><br>    Counterclaimant, <br><br>    v. <br><br>ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company, <br><br>    Counterdefendants. | |

TO THE CLERK AND JUDGES OF THE COURT AND TO ALL PARTIES:

    Defendant Indymac Venture, LLC makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

1. Defendant Indymac Venture, LLC is wholly owned by OneWest Ventures Holdings LLC.
2. No publicly held corporation owns 10% or more of the ownership interests of Indymac Venture, LLC or OneWest Ventures Holdings LLC.

Dated: June 8, 2011

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
A. KRISTINE FLOYD
NICHOLAS S. SHANTAR

By:    */s/A. Kristine Floyd*
A. KRISTINE FLOYD
Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 8, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to A. Kristine Floyd to file the following document:

**DISCLOSURE STATEMENT (FED. R. CIV. PROC. 7.1)**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

Notice has been given via First Class U.S. Mail to:

> W. Kenneth Howard, Esq.
> Attorney At Law
> 116 East Campbell Avenue, Suite 7
> Campbell, California 95008
> Phone: (408) 379-1904
> Fax: (408) 379-1902

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 8, 2011, at Irvine, California.

By: _____*/s/A. Kristine Floyd*_____
A. KRISTINE FLOYD