| | |
|---|---|
| 1 | A. KRISTINE FLOYD (BAR NO. 155930)<br>ALLEN MATKINS LECK GAMBLE |
| 2 |   MALLORY & NATSIS LLP<br>1900 Main Street, Fifth Floor |
| 3 | Irvine, California 92614-7321<br>Phone:  (949) 553-1313 |
| 4 | Fax:  (949) 553-8354<br>E-Mail:  kfloyd@allenmatkins.com |
| 5 | |
| 6 | Attorneys for Defendant and Counterclaimant<br>INDYMAC VENTURE, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDY MAC VENTURE, LLC, a limited liability company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and Does 1 through 10,<br><br>Defendants. | Case No. CV11-02356-JF<br><br>**DECLARATION OF NICHOLAS S. SHANTAR IN SUPPORT OF DEFENDANT INDYMAC VENTURE LLC'S MOTION TO EXPUNGE LIS PENDENS**<br><br>*[Filed concurrently with Notice of Motion and Motion to Expunge Lis Pendens; Memorandum of Points and Authorities in Support Thereof; Declaration of Alisa Ashikyan in Support of Motion to Expunge; and Request for Judicial Notice in Support of Motion to Expunge]*<br><br>Date:  August 5, 2011<br>Time:  9:00 a.m.<br>Ctrm:  3, Fifth Floor |
| INDYMAC VENTURE, LLC, a limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Counterdefendants. | Complaint Filed:  May 13, 2011 |

I, Nicholas S. Shantar, declare as follows:

1. I am Senior Counsel at the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, counsel of record for Indymac Venture, LLC ("IMV") in the above-captioned action. I am a member in good standing of the State Bar of California. I make this Declaration in support of IMV's Motion to Expunge the Lis Pendens filed by Plaintiffs' Eden Garden, LLC, Ali K. Amidy, Guiti Nahavandi Amidy, and Centra Net Investment, LLC ("Motion"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have spent in excess of 25 hours preparing the Motion (including the documents filed in support thereof) and this Declaration in support of the Motion. I anticipate spending at least another 5 hours preparing a reply memorandum in support of the Motion and another 10 hours preparing for, traveling to and from, and attending the hearing – for a total of at least 40 hours. My present billing rate for this action is $370 per hour, which is reasonable given my experience, my educational background, and the location in which I practice. As such, IMV requests that Plaintiffs pay IMV $14,800 (40 hours x $370 per hour) for attorneys' fees incurred in connection with the Motion, within 30 days of the hearing on the Motion, pursuant to Code of Civil Procedure section 405.38.

3. I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 20, 2011, at Irvine, California.

Nicholas S. Shantar

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

927585.01/OC

-2-

DECL. OF NICHOLAS S. SHANTAR IN
SUPPORT OF DEF. INDYMAC VENTURE,
LLC'S MOTION TO EXPUNGE LIS PENDENS

<b/>

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 22, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Nicholas S. Shantar to file the following document:

**DECLARATION OF NICHOLAS S. SHANTAR IN SUPPORT OF DEFENDANT INDYMAC VENTURE LLC'S MOTION TO EXPUNGE *LIS PENDENS***

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

Notice has been given via First Class U.S. Mail to:

> W. Kenneth Howard, Esq.
> Attorney At Law
> 116 East Campbell Avenue, Suite 7
> Campbell, California 95008
> Phone: (408) 379-1904
> Fax: (408) 379-1902

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2011, at Irvine, California.

By: _/s/Nicholas S. Shantar_
NICHOLAS S. SHANTAR