A. KRISTINE FLOYD (BAR NO. 155930)
NICHOLAS S. SHANTAR (BAR NO. 228980)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: kfloyd@allenmatkins.com
         nshantar@allenmatkins.com

Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDY MAC VENTURE, LLC, a limited liability company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and Does 1 through 10,<br><br>Defendants.<br><br>INDYMAC VENTURE, LLC, a limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Counterdefendants. | Case No. CV11-02356-JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INDYMAC VENTURE, LLC'S MOTION TO EXPUNGE LIS PENDENS**<br><br>*[Filed concurrently with Motion to Expunge Lis Pendens; Memorandum of Points and Authorities, Declarations of Alisha Ashikyan and Nicholas Shantar and Request for Judicial Notice in Support of Motion to Expunge]*<br><br>Date: August 5, 2011<br>Time: 9:00 a.m.<br>Ctrm: 3, Fifth Floor<br><br>Complaint Filed: May 13, 2011 |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

930832.01/OC

[PROPOSED] ORDER GRANTING MOTION
TO EXPUNGE LIS PENDENS

The Motion of Defendant and Cross-complainant Indymac Venture, LLC ("IMV") for an order expunging the Notice of Pendency of Action ("*Lis Pendens*") filed by Plaintiffs Eden Garden, LLC, Ali K. Amidi, Guiti N. Amidy, and Centra Net Investment LLC (collectively, "Plaintiffs") came on regularly for hearing by the Court on this date.

On proof made to the satisfaction of the Court, the Court finds that:

1. The Complaint on which the *Lis Pendens* is based does not contain a real property claim, in that none of Plaintiffs' claims, if successful, would "affect title to" the property described in the *Lis Pendens*; and

2. Plaintiffs have not established by a preponderance of the evidence the profitable validity of any of their claims.

Accordingly, IT IS HEREBY ORDERED that IMV's Motion is granted. The *Lis Pendens*, recorded on January 20, 2011 as Document Number 21054819 of the Official Records of the County of Santa Clara, California, concerning the real property described in the *Lis Pendens* as "Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19, as shown upon that certain map entitled 'Tract No. 9484' and filed June 16, 2005 in Book 787 of Maps, at Page 42, in the County of Santa Clara, State of California (APNs: 455-52-036 through 053)" is hereby expunged.

IT IS FURTHER ORDERED that Plaintiffs pay to IMV within 30 days of this order the sum of $_____ as reasonable attorneys' fees and costs incurred in connection with the Motion.

Dated: _____

Hon. Jeremy Fogel
Judge of the United States
District Court

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**
930832.01/OC

[PROPOSED] ORDER GRANTING MOTION
TO EXPUNGE LIS PENDENS
-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 22, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Nicholas S. Shantar to file the following document:

**[PROPOSED] ORDER GRANTING DEFENDANT INDYMAC VENTURE, LLC'S MOTION TO EXPUNGE LIS PENDENS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

Notice has been given via First Class U.S. Mail to:

> W. Kenneth Howard, Esq.
> Attorney At Law
> 116 East Campbell Avenue, Suite 7
> Campbell, California 95008
> Phone: (408) 379-1904
> Fax: (408) 379-1902

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2011, at Irvine, California.

By: _____*/s/Nicholas S. Shantar*_____
NICHOLAS S. SHANTAR