David H. Waters, CASB 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Federal Deposit Insurance Corporation as Receiver
for Defendant IndyMac Federal Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, a Limited Liability Company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10,<br><br>Defendants. | No. CV-11-02356-JF<br><br>*This matter assigned to Honorable Jeremy Fogel, Courtroom No. 3, for All Purposes*<br><br>**STATEMENT RE FAILURE OF PLAINTIFFS TO SERVE OPPOSITION TO FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF DEFENDANT INDYMAC FEDERAL BANK, FSB's MOTION TO DISMISS CLAIMS**<br><br>[F.R.C.P. Rules 12(b)(6) and 12(b)(1)]<br><br>Date:      August 5, 2011<br>Time:     9:00 a.m.<br>Dept:     Courtroom No. 3<br>Judge:   Honorable Jeremy Fogel |

As of July 5, 2011, moving party, the Federal Deposit Insurance Corporation as Receiver of Defendant IndyMac Federal Bank, FSB ("*FDIC – Receiver*") has not been served with any papers in opposition to its Motion To Dismiss Claims ("*Motion*").

The Motion was served, by mail, on Plaintiffs' counsel on June 10, 2011[1]. Pursuant to

---
[1] See, Certificate of Service – Pacer Document 14-5 in this matter.

1

United States District Court, Northern District of California Local Civil Rules 5-5 and 7-3, any opposition papers were due to be filed with this Court and served on the parties on or before June 27, 2011.

The FDIC-Receiver therefore requests that this Court grant the Motion and that Plaintiffs' Complaint against the Federal Deposit Insurance Corporation As Receiver of Defendant IndyMac Federal Bank, FSB (erroneously sued herein as Federal Deposit Insurance Corporation as Conservator of IndyMac Federal Bank) be dismissed.

Dated: July 5, 2011

BURNHAM BROWN

By: _____
DAVID H. WATERS
JACK W. SCHWARTZ, JR.
Attorneys for Federal Deposit Insurance Corporation as Receiver for Defendant IndyMac Federal Bank, FSB

1086219

2

Statement Re Failure of Plaintiffs To Serve Opposition To Federal Deposit Insurance Corporation As Receiver of Defendant IndyMac Federal Bank, FSB's Motion to Dismiss Claims    No. CV-11-02356-JF

*Eden Garden LLC v. IndyMac Venture, LLC, et al.*
United States District Court – Northern District of California, San Jose Division
Action No: CV-11-02356-JF

## CERTIFICATE OF SERVICE

I, Douglas Watson, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1400, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On July 5, 2011, I served the following document(s), addressed as set forth in the following manner:

**CERTIFICATE OF SERVICE OF STATEMENT RE FAILURE OF PLAINTIFFS TO SERVE OPPOSITION TO FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF DEFENDANT INDYMAC FEDERAL BANK, FSB'S MOTION TO DISMISS CLAIMS**

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below to the following person(s) at the following address on the date set forth below:

W. Kenneth Howard, Esq.          Attorneys for Plaintiffs
Attorney at Law
116 East Campbell Avenue, #7
Campbell, CA 95008
Tel:   (408) 379-1904
Fax:   (408) 379-1902

///

| | |
|---|---|
| A. Kristine Floyd, Esq.<br>Nicholas S. Shantar, Esq.<br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614-7321<br>Tel:  (949) 553-1313<br>Fax:  (949) 553-8354<br>Email: kfloyd@allenmatkins.com<br>        nshantar@allenmatkins.com | Attorneys for Defendant and Counterclaimant<br>IndyMac Venture, LLC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of July, 2011.

_____
DOUGLAS WATSON

1077177

---

CERTIFICATE OF SERVICE         3         NO. CV-11-02356-JF