A. KRISTINE FLOYD (BAR NO. 155930)
NICHOLAS S. SHANTAR (BAR NO. 228980)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  kfloyd@allenmatkins.com
        nshantar@allenmatkins.com

Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, a limited liability company, FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10,<br><br>Defendants.<br>_____<br>INDYMAC VENTURE, LLC, a limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Counterdefendants. | Case No. CV11-02356-JF<br><br>This matter assigned to Honorable Jeremy Fogel, Courtroom No. 3, for All Purposes<br><br>**NOTICE OF PLAINTIFFS' FAILURE TO SERVE OPPOSITION TO INDYMAC VENTURE, LLC'S MOTION TO EXPUNGE LIS PENDENS**<br><br>Date:    August 5, 2011<br>Time:    9:00 a.m.<br>Ctrm:    3, Fifth Floor<br><br>Complaint Filed:   May 13, 2011 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

932672.01/OC

NOTICE OF FAILURE TO SERVE
OPPOSITION TO INDYMAC VENTURE,
LLC'S MOTION TO EXPUNGE LIS PENDENS

1  **TO THE COURT AND TO ALL PARTIES OF RECORD:**

2        PLEASE TAKE NOTICE THAT, as of July 13, 2011, moving party Indymac

3  Venture, LLC has not been served with papers in opposition to its Motion to

4  Expunge the Lis Pendens recorded by Plaintiffs in connection with this action.  [Dkt

5  18.]

6        The Motion was served by mail on Plaintiffs' counsel on June 22, 2011.  [See

7  id. at p. 19.]  Pursuant to Local Rules 5-5 and 7-3, any opposition papers were due

8  to be filed with this Court and served on all parties on or before July 6, 2011.

9        In light of the foregoing, Indymac Venture submits that the Motion is

10  unopposed and respectfully requests that the Court grant the Motion to Expunge the

11  Lis Pendens and enter the Order submitted by Indymac Venture in connection

12  therewith.  [Dkt 22.]

13

14  Dated:  July 13, 2011            ALLEN MATKINS LECK GAMBLE

15                              MALLORY & NATSIS LLP
                            A. KRISTINE FLOYD

16                              NICHOLAS S. SHANTAR

17                    By:      /s/Nicholas S. Shantar

18                              NICHOLAS S. SHANTAR
                            Attorneys for Defendant and
                            Counterclaimant

19                              INDYMAC VENTURE, LLC

20

21

22

23

24

25

26

27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

932672.01/OC

-1-

NOTICE OF FAILURE TO SERVE
OPPOSITION TO INDYMAC VENTURE,
LLC'S MOTION TO EXPUNGE LIS PENDENS

1

## CERTIFICATE OF SERVICE

2        The undersigned hereby certifies that: I am over the age of eighteen (18) and

3  not a party to the within action. I am employed in the law firm of Allen Matkins

4  Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine,

5  California 92614-7321.

6        On July 13, 2011, I used the Northern District of California's Electronic Case

7  Filing System, with the ECF registered to Nicholas S. Shantar to file the following

8  document:

9  **NOTICE OF PLAINTIFFS' FAILURE TO SERVE OPPOSITION**

10  **TO INDYMAC VENTURE, LLC'S MOTION TO EXPUNGE LIS**

11  **PENDENS**

12        The ECF system is designed to send an e-mail message to all parties in the

13  case, which constitutes service. The parties by e-mail in this case are found on the

14  Court's Electronic Mail Notice List.

15        Notice has been given via First Class U.S. Mail to:

16                W. Kenneth Howard, Esq.

                  Attorney At Law

17                116 East Campbell Avenue, Suite 7

18                Campbell, California 95008

                  Phone: (408) 379-1904

19                Fax: (408) 379-1902

20

21        I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing is true and correct.

23        Executed on July 13, 2011, at Irvine, California.

24

25                  By:    */s/Nicholas S. Shantar*

                        NICHOLAS S. SHANTAR

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

932672.01/OC

NOTICE OF FAILURE TO SERVE
OPPOSITION TO INDYMAC VENTURE,
LLC'S MOTION TO EXPUNGE LIS PENDENS

-2-