FILED

2011 JUL 27 A 11: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

## PROOF OF SERVICE BY FAX AND MAIL

The undersigned declares that (s)he is over the age of 18, a United States citizen, not a party to this case and served the foregoing

**DECLARATION OF ALI K. AMIDY INCLUDING REQUEST TO POSTPONE AUGUST 5 HEARING**

by faxing to the fax numbers shown below AND by placing a true copy thereof in an envelope addressed as shown below, sealing and depositing the same in the United States mail, first-class postage fully paid, on the date and at the place of execution shown below.

Mallory & Natsis, LLP                         Fax: (949) 553-8354
1900 Main Street, Ffith Floor
Irvine, CA 92614-7321

Burnham Brown                                  Fax: (510) 835-6666
P.O. Box 119
Oakland, CA 94604

I declare under penalty of perjury that the foregoing is true and correct.
Executed July 26, 2011 in Santa Clara County, California

DECLARANT c/o
ALI K. AMIDY
P.O. Box 369
Los Gatos, CA 95031
(408) 497-4137

Case No. CV11-02356-JF