\*\*E-Filed 7/29/11\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN, LLC, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>INDYMAC VENTURE, LLC, et al.,<br><br>　　　　　　Defendants. | Case Number 5:11-cv-02356-JF (HRL)<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Motion Hearing set for August 5, 2011 and the Case Management Conference set for September 2, 2011 are CONTINUED to October 21, 2011, at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  7/29/11

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk