David H. Waters, CASB 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Federal Deposit Insurance Corporation as Receiver
for Defendant IndyMac Federal Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, a Limited Liability Company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10,<br><br>Defendants. | No.  CV-11-02356-JF (HRL)<br><br>*This matter assigned to Honorable Jeremy Fogel, Courtroom No. 3, for All Purposes*<br><br>**CERTIFICATE OF SERVICE OF CLERK'S NOTICE** |

**E-Filed 7/29/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, et al.,<br><br>Defendants. | Case Number 5:11-cv-02356-JF (HRL)<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Motion Hearing set for August 5, 2011 and the Case Management Conference set for September 2, 2011 are CONTINUED to October 21, 2011, at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 7/29/11

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

*Eden Garden LLC v. IndyMac Venture, LLC, et al.*
United States District Court – Northern District of California, San Jose Division
Action No: CV-11-02356-JF

CERTIFICATE OF SERVICE

I, Gail D. Richardson, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1400, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On August 1, 2011, I served the following document(s), a copy of which is attached to this Certificate addressed as set forth in the following manner:

**CLERK'S NOTICE**

By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below to the following person(s) at the following address on the date set forth below:

| | |
|---|---|
| Ali Amidy<br>P.O. Box 369<br>Los Gatos, CA  95031<br>Cell:   (408) 497-4137<br>Fax:   (408) 399-4477 | Plaintiff In Pro Per |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 1, 2011.

_____
Gail D. Richardson