A. KRISTINE FLOYD (BAR NO. 155930)
NICHOLAS S. SHANTAR (BAR NO. 228980)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: kfloyd@allenmatkins.com
         nshantar@allenmatkins.com

Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE. LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDY MAC VENTURE, LLC, a limited liability company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and Does 1 through 10,<br><br>Defendants. | Case No. CV11-02356-JF<br><br>**NOTICE OF CONTINUED HEARING RE DEFENDANT INDYMAC VENTURE, LLC'S MOTION TO EXPUNGE LIS PENDENS**<br><br>Date: October 21, 2011<br>Time: 9:00 a.m.<br>Ctrm: 3, Fifth Floor<br><br>Complaint Filed: May 13, 2011 |
| INDYMAC VENTURE, LLC, a limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Counterdefendants. | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

936313.01/OC

NOTICE OF CONTINUANCE RE DEF.
INDYMAC VENTURE, LLC'S MOTION TO
EXPUNGE LIS PENDENS

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that per the Clerk's Notice on July 29, 2011 [Dkt.
3  29], the hearing on Defendant and Counterclaimant Indymac Venture, LLC's
4  Motion To Expunge Lis Pendens, previously set for hearing on August 5, 2011, has
5  been continued to October 21, 2011 at 9:00 a.m. in Courtroom 3 on the 5th Floor of
6  the United States District Court, 280 South First Street, San Jose, California.  A true
7  and correct copy of the clerk's notice is attached hereto as Exhibit "A."

9  Dated:  August 25, 2011        ALLEN MATKINS LECK GAMBLE
                                      MALLORY & NATSIS LLP
10                                  A. KRISTINE FLOYD
                                    NICHOLAS S. SHANTAR

12                                  By:     */s/Nicholas S. Shantar*
13                                  NICHOLAS S. SHANTAR
                                    Attorneys for Defendant and
                                    Counterclaimant INDYMAC
14                                  VENTURE, LLC

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

936313.01/OC

NOTICE OF CONTINUANCE RE DEF.
INDYMAC VENTURE, LLC'S MOTION TO
EXPUNGE LIS PENDENS

-1-

\*\*E-Filed 7/29/11\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN, LLC, et al., | Case Number 5:11-cv-02356-JF (HRL) |
| Plaintiffs, | |
| v. | CLERK'S NOTICE |
| INDYMAC VENTURE, LLC, et al., | |
| Defendants. | |

To all Parties and Attorneys of Record:

The Motion Hearing set for August 5, 2011 and the Case Management Conference set for September 2, 2011 are CONTINUED to October 21, 2011, at 9:00 a.m. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 7/29/11

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk

**EXHIBIT A**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On August 25, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Nicholas S. Shantar to file the following document:

**NOTICE OF CONTINUANCE RE DEFENDANT INDYMAC VENTURE, LLC'S MOTION TO EXPUNGE LIS PENDENS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

Notice has been given via First Class U.S. Mail to:

> Ali K. Amidy
> P.O. Box 369
> Los Gatos, CA 95031

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2011, at Irvine, California.

By: */s/Nicholas S. Shantar*
NICHOLAS S. SHANTAR