**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
www.cand.uscourts.gov

Richard W. Wieking            General Court Number
Clerk                                       408.535.5363

**CASE NUMBER: 5-11-cv-02356-JF**
**CASE TITLE: EDEN GARDEN LLC., ET AL.-v-INDYMAC VENTURE LLC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the San Jose division, to the the Honorable Edward J. Davila for all further proceedings.
Counsel are instructed that all future filings shall bear the initials EJD immediately after the case number.
ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: September 26, 2011

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                   Entered in Computer

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA