David H. Waters, CASB 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Federal Deposit Insurance Corporation as Receiver
for Defendant IndyMac Federal Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, a Limited Liability Company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10,<br><br>Defendants. | No. CV-11-02356-EJD<br><br>*This matter assigned to Honorable Edward J. Davila, Courtroom No. 1, for All Purposes*<br><br>**CERTIFICATE OF SERVICE OF REASSIGNMENT ORDER** |

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

**CASE NUMBER: 5-11-cv-02356-JF**
**CASE TITLE: EDEN GARDEN LLC., ET AL.-v-INDYMAC VENTURE LLC., ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the San Jose division, to the the Honorable Edward J. Davila for all further proceedings.
Counsel are instructed that all future filings shall bear the initials EJD immediately after the case number.
ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: September 26, 2011

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA

*Eden Garden LLC v. IndyMac Venture, LLC, et al.*
United States District Court – Northern District of California, San Jose Division
Action No: CV-11-02356-EJD

CERTIFICATE OF SERVICE

I, Gail D. Richardson, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1400, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On September 28, 2011, I served the following document(s), a copy of which is attached to this Certificate addressed as set forth in the following manner:

**CERTIFICATE OF REASSIGNMENT ORDER**

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below to the following person(s) at the following address on the date set forth below:

Ali Amidy
*Plaintiff In Pro Per*
P.O. Box 369
Los Gatos, CA  95031
Cell:   (408) 497-4137
Fax:   (408) 399-4477

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 28, 2011.

_____
Gail D. Richardson

2
CERTIFICATE OF SERVICE OF REASSIGNMENT ORDER                NO. CV-11-02356-EJD