United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN LLC., ET AL., | No. 5:11-cv-02356 EJD |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE |
| INDYMAC VENTURE LLC., ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT in light of the reassignment from Judge Jeremy Fogel to Judge Edward J. Davila a Case Management Conference has been reset to **January 27, 2012 at 10:00 AM in** Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference statement on or before **January 20, 2012**. Counsel for Federal Deposit Insurance Corporation is reminded that any pending motions shall be renoticed for hearing before the newly assigned judge. Judge Davila's scheduling procedures require that the parties first reserved a hearing date before renoticing the motion. Further scheduling information can be found on the Court's website at www.cand.uscourts.gov

Dated: October 7, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy