David H. Waters, CASB 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Federal Deposit Insurance Corporation as Receiver
for Defendant IndyMac Federal Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDEN GARDEN LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC VENTURE, LLC, a Limited Liability Company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and DOES 1-10,<br><br>Defendants. | No. CV-11-02356-EJD<br><br>*This matter assigned to Honorable Edward J. Davila, Courtroom No. 1, for All Purposes*<br><br>**CERTIFICATE OF SERVICE OF CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN LLC., ET AL., | No. 5:11-cv-02356 EJD |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE |
| INDYMAC VENTURE LLC., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT in light of the reassignment from Judge Jeremy Fogel to Judge Edward J. Davila a Case Management Conference has been reset to **January 27, 2012 at 10:00 AM** in Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management conference statement on or before **January 20, 2012**. Counsel for Federal Deposit Insurance Corporation is reminded that any pending motions shall be renoticed for hearing before the newly assigned judge. Judge Davila's scheduling procedures require that the parties first reserved a hearing date before renoticing the motion. Further scheduling information can be found on the Court's website at www.cand.uscourts.gov

Dated: October 7, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy

*Eden Garden LLC v. IndyMac Venture, LLC, et al.*
United States District Court – Northern District of California, San Jose Division
Action No: CV-11-02356-EJD

CERTIFICATE OF SERVICE

I, Gail D. Richardson, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is Burnham Brown, 1901 Harrison Street, Suite 1400, Oakland, California 94612, which is located in the city, county and state where the mailing described below took place.

On October 7, 2011, I served the following document(s), a copy of which is attached to this Certificate addressed as set forth in the following manner:

**CERTIFICATE OF SERVICE OF CLERK'S NOTICE
RESETTING CASE MANAGEMENT CONFERENCE**

BY E-FILING (USDC NORTHERN DISTRICT): I caused such document to be sent electronically to the court; pursuant to General Order No. 08-02, electronic filing constitutes service upon the parties who have consented to electronic service.

By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below to the following person(s) at the following address on the date set forth below:

Eden Garden LLC, Guiti Nahavandi Amidy,
Centra Net Investment LLC & Ali K. Amidy
c/o Ali K. Amidy
*Plaintiff In Pro Per*
P.O. Box 369
Los Gatos, CA 95031
Cell: (408) 497-4137
Fax: (408) 399-4477

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 7, 2011.

_____
Gail D. Richardson

2
CERTIFICATE OF SERVICE OF CLERK'S NOTICE        NO. CV-11-02356-EJD
RESETTING CASE MANAGEMENT CONFERENCE