A. KRISTINE FLOYD (BAR NO. 155930)
NICHOLAS S. SHANTAR (BAR NO. 228980)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: kfloyd@allenmatkins.com
        nshantar@allenmatkins.com

Attorneys for Defendant and Counterclaimant
INDYMAC VENTURE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN GARDEN, LLC, a California limited liability company; ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INDY MAC VENTURE, LLC, a limited liability company; FEDERAL DEPOSIT INSURANCE CORPORATION, as Conservator of IndyMac Federal Bank, FSB, and Does 1 through 10,<br><br>　　　　Defendants. | Case No. 5-11-cv-02356-EJD<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed:  May 13, 2011 |
| INDYMAC VENTURE, LLC, a limited liability company,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>ALI K. AMIDY, an individual; GUITI NAHAVANDI AMIDY, an individual; CENTRA NET INVESTMENT LLC, a California limited liability company,<br><br>　　　　Counterdefendants. | |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

939613.01/OC

[PROPOSED] ORDER DISMISSING ACTION
WITH PREJUDICE

-1-

This matter comes before the Court on the Stipulation For Dismissal of Action With Prejudice as to Plaintiffs Eden Garden, LLC, Ali K. Amidy, Guiti Nahavandi Amidy, and Centra Net Investments LLC (collectively "Plaintiffs"), on the one hand, and Defendants Indymac Venture, LLC ("IMV") and the Federal Deposit Insurance Corporation as Receiver of Defendant IndyMac Federal Bank FSB (sued incorrectly herein as Federal Deposit Insurance Corporation as Conservator of IndyMac Federal Bank, FSB) (collectively, "Defendants"), on the other hand. The Court being duly and fully advised now APPROVES the Stipulation and orders as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action, including all complaints and counter-complaints filed herein and each and every claim for relief asserted in this action by Plaintiffs and IMV are hereby DISMISSED WITH PREJUDICE, with each party to bear its/his/her own attorneys' fees and costs.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Court shall retain jurisdiction in order to protect, preserve, and implement the settlement agreement that Plaintiffs and IMV entered into in connection with the Stipulation for Dismissal previously filed by the parties, and shall retain jurisdiction to enter such further orders as may be necessary or appropriate to administer and implement the terms and provisions of the settlement agreement.

The Clerk shall close this file.

Dated: December 21, 2011

_____
Hon. Edward J. Davila
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

939613.01/OC

[PROPOSED] ORDER DISMISSING ACTION
WITH PREJUDICE

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that: I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On December 19, 2011, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Nicholas S. Shantar to file the following document:

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties by e-mail in this case are found on the Court's Electronic Mail Notice List.

Notice has been given via First Class U.S. Mail and Electronic Mail to:

>Ali Amidy
>P.O. Box 369
>Los Gatos, CA 95031
>Electronic Mail: aliamidy@aol.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2011, at Irvine, California.

By: /s/Nicholas S. Shantar
NICHOLAS S. SHANTAR